In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-12-0506-CR
 ________________________
 
 JORGE MUNOZ PALACIOS, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 On Appeal from the 222nd District Court
 Deaf Smith County, Texas
 Trial Court No. CR-11L-182, Honorable Roland D. Saul, Presiding 

 
 March 6, 2013
 
 MEMORANDUM OPINION
 
 Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 
Pending before this court is a motion to dismiss the appeal signed by both appellant Jorge Munoz Palacios and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.
 Per Curiam
Do not publish.